In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-23-00252-CV

IN THE INTEREST OF G.F., S.F., AND A.F.

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 63404

## MEMORANDUM OPINION

After Mother filed a notice to appeal from the trial court's judgment terminating the parent-child relationships between Mother, Father, and their children—G.F., S.F., and A.F.—Mother filed a motion for new trial. The trial court granted Mother's motion on August 17, 2023. *See* Tex. R. Civ. P. 329b(e).

On August 24, 2023, we notified the parties that unless we received a response explaining why the Court should retain the appeal, we would dismiss the appeal as moot after August 31, 2023. We received no objection to the letter that we sent to the parties notifying them that the Court intended to dismiss the appeal.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f). The mandate will issue with the Court's judgment. *See id*. 18.6.

APPEAL DISMISSED.

PER CURIAM

Submitted on September 13, 2023
Opinion Delivered September 14, 2023

Before Golemon, C.J., Horton and Wright, JJ.